JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. RICALLS, | Case No. CV 20-3045-PA (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| HINTON, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated:  September 15, 2020

_____

HONORABLE PERCY ANDERSON
United States District Judge